MICHAEL COSENTINO, SBN 83253
ATTORNEY AT LAW
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Fax: 510-747-1640

Attorney for Plaintiff,
United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C 11-02804 WHA |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| Edithe D. Lerman aka Dalya Lerman aka E.D. Lerman, | |
| Defendant. | |

The above entitled plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment. The Complaint herein states a claim upon which relief can be granted. The defendant hereby acknowledges and accepts service of the complaint filed herein.

2. Judgment shall be in favor of plaintiff, United States of America, and against defendant, Edithe D. Lerman aka Dalya Lerman aka E.D. Lerman, in the sum of $102,072.24 consisting of $65,341.21 in principal, $36,696.03 interest to March 21, 2012, CIF costs of $0.00, court costs of $35.00 and attorney's fees of $0.00, plus interest

03/27/2012 10:08  7079372209  PAGE 02/03
Case3:11-cv-02804-WHA Document22 Filed03/28/12 Page2 of 3

1. in the amount of $5.37 per day on principal from March 21, 2012, up to the date of entry of Judgment, less any sums tendered toward satisfaction of the obligation during said time period.

3. This consent judgment shall bear interest pursuant to the provisions of 28 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

4. Defendant shall pay $1,250.00 monthly commencing April 15, 2012, and continuing monthly thereafter, each payment being due on the 15th day of each month, subject to a 30 day grace period, until the account is paid in full.

5. Alternatively, at any point in time, defendant may satisfy the judgment by paying a single lump sum in the amount of 75% of the then current total balance due on the judgment.

6. Payments shall be made payable to the US Department of Justice and bear defendant's name and CDCS # 2010A80643 and mailed to:

U. S. Department of Justice
Nationwide Central Intake Facility
P. O. Box 790363
St. Louis, MO 63179-0363

7. (a) Each said payment shall be applied first to the payment of court costs and interest accrued to the date of receipt of said payment, and the balance, if any, to the principal.

(b) For as long as defendant is not in default (subject to a 30 day grace period) of the $1,250.00 monthly payments, plaintiff will require no financial information from defendant.

(c) In the event defendant defaults on any monthly payment (subject to a 30 day grace period) defendant shall submit financial data to the plaintiff as specified by plaintiff, where after the parties shall adjust the monthly payment amount accordingly, subject to court approval in the event the parties are not in agreement.

    8. An Abstract of Judgment shall be recorded with the Recorder's Office of the County of residence of the defendant; plaintiff may also record or file similar documents elsewhere.

    9. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment without notice to defendant.

    10. The defendant has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment, consistent with paragraph 5, herein.

    11. In case of default (subject to a 30 day grace period), all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the defendant.

    12. Upon a change in address of record for the defendant, defendant shall report the new address to the court and to counsel for plaintiff, until the judgment is satisfied.

Dated: March 21, 2012

MICHAEL COSENTINO
Counsel for plaintiff

I have read the foregoing; I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: March 26, 2012

Edithe D. Lerman aka Dalya Lerman
aka E.D. Lerman
Defendant and Judgment Debtor

APPROVED AND SO ORDERED THIS __28__ DAY OF __2012__, 2012.

The Clerk of the Court is DIRECTED to close the file in the action.

William Alsup
UNITED STATES DISTRICT JUDGE