1 MICHAEL COSENTINO, SBN 83253
ATTORNEY AT LAW
2 P.O. Box 129
Alameda, CA 94501
3 Telephone: (510) 523-4702
Fax: 510-747-1640
4
Attorney for Plaintiff,
5 United States of America

6

7

8 ## IN THE UNITED STATES DISTRICT COURT

9 ## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 ## SAN FRANCISCO DIVISION

11

| 12 | **UNITED STATES OF AMERICA,** | ) | NO. C 11-02804 WHA |
|---|---|---|---|
| 13 | Plaintiff, | ) | |
| 14 | v. | ) | **CONSENT JUDGMENT** |
| 15 | **Edithe D. Lerman aka Dalya Lerman aka E.D. Lerman,** | ) | |
| 16 | Defendant. | ) | |

17

18    The above entitled plaintiff having filed its complaint herein, and the above entitled

19 defendant having consented to the making and entry of this final judgment without trial,

20 hereby agree as follows:

21    1. This Court has jurisdiction over the subject matter of this litigation and over the

22 parties to the Consent Judgment. The Complaint herein states a claim upon which relief

23 can be granted. The defendant hereby acknowledges and accepts service of the

24 complaint filed herein.

25    2. Judgment shall be in favor of plaintiff, United States of America, and against

26 defendant, Edithe D. Lerman aka Dalya Lerman aka E.D. Lerman, in the sum of

27 $102,072.24 consisting of $65,341.21 in principal, $36,696.03 interest to March 21,

28 2012, CIF costs of $0.00, court costs of $35.00 and attorney's fees of $0.00, plus interest

Consent Judgment; CAND Case Number _C 11-02804 WHA U.S. v. Lerman    Page 1

1.  in the amount of $5.37 per day on principal from March 21, 2012, up to the date of entry
2  of Judgment, less any sums tendered toward satisfaction of the obligation during said
3  time period.

4          3.  This consent judgment shall bear interest pursuant to the provisions of 28
5  U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
6  interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
7  until paid in full.

8          4.  Defendant shall pay $1,250.00 monthly commencing April 15, 2012, and
9  continuing monthly thereafter, each payment being due on the 15th day of each month,
10  subject to a 30 day grace period, until the account is paid in full.

11          5.  Alternatively, at any point in time, defendant may satisfy the judgment by
12  paying a single lump sum in the amount of 75% of the then current total balance due on
13  the judgment.

14          6.  Payments shall be made payable to the US Department of Justice and bear
15  defendant's name and CDCS # 2010A80643 and mailed to:

16  U. S. Department of Justice
    Nationwide Central Intake Facility
17  P. O. Box 790363
    St. Louis, MO 63179-0363
18

19          7.  (a)  Each said payment shall be applied first to the payment of court costs and
20  interest accrued to the date of receipt of said payment, and the balance, if any, to the
21  principal.

22          (b) For as long as defendant is not in default (subject to a 30 day grace period)
23  of the $1,250.00 monthly payments, plaintiff will require no financial information from
24  defendant.

25          (c) In the event defendant defaults on any monthly payment (subject to a 30
26  day grace period) defendant shall submit financial data to the plaintiff as specified by
27  plaintiff, where after the parties shall adjust the monthly payment amount accordingly,
28  subject to court approval in the event the parties are not in agreement.

1    8.  An Abstract of Judgment shall be recorded with the Recorder's Office of the
2  County of residence of the defendant; plaintiff may also record or file similar documents
3  elsewhere.

4    9.  Default under the terms of this consent judgment will entitle the United States
5  of America to execute on this judgment without notice to defendant.

6    10.  The defendant has the right of prepayment of this debt without penalty,
7  and the interest charged will only be calculated to the date of final payment, consistent
8  with paragraph 5, herein.

9    11.  In case of default (subject to a 30 day grace period), all costs incurred in
10  recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment
11  shall be paid by the defendant.

12    12. Upon a change in address of record for the defendant, defendant shall report
13  the new address to the court and to counsel for plaintiff, until the judgment is satisfied.

14  Dated: March 21, 2012
15                                          MICHAEL COSENTINO
16                                          Counsel for plaintiff

17    I have read the foregoing; I understand and agree to the terms, and I
18  sign this agreement as a free and voluntary act.

19  Dated March 26, 2012
20                                          Edithe D. Lerman aka Dalya Lerman
21                                          aka E.D. Lerman
                                            Defendant and Judgment Debtor
22

23  APPROVED AND SO ORDERED THIS  28      DAY OF   2012        ,
24  2012.

25  The Clerk of the Court is DIRECTED to close the file in the action.

26
27
28                                          William Alsup
                                            UNITED STATES DISTRICT JUDGE